Page: 2 of 4                                   Central Violations Bureau                                   01/12/2023
                                          Magistrate Judge Case Pending Report
                              Site: KALS Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FCDS000Q M5 6:20-PO-05023-KLD | 04/17/2020 | NELSON, BRENT L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 06/04/2020<br>Comments: | O | 330.00 | 0.00 | 330.00 |
| FCDS000U M5 6:20-PO-05037-KLD | 04/23/2020 | RICE, TODD J<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/03/2020<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FCDS0002 M5 6:20-PO-05011-KLD | 10/25/2019 | RIGSBEE, ROBERT W<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 03/05/2020<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJD005O M5 6:20-PO-05049-KLD | 07/17/2020 | STRINGER, DIANA R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/03/2020<br>Comments: | O | 330.00 | 0.00 | 330.00 |
| FAJD005P M5 6:20-PO-05049-KLD | 07/17/2020 | STRINGER, DIANA R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/03/2020<br>Comments: | O | 155.00 | 0.00 | 155.00 |
| FAJD005Q M5 6:20-PO-05049-KLD | 07/17/2020 | STRINGER, DIANA R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/03/2020<br>Comments: | O | 155.00 | 0.00 | 155.00 |
| F4872567 M8 6:18-PO-05010-JCL | 03/11/2018 | STUBBLEBEAM, NATHAN P<br>Violation of Firewood Permit | Current:<br>New: - | 06/07/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| F5163794 M8 6:20-PO-05013-KLD | 09/13/2019 | UHDE, SHELIA K<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 03/05/2020<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FAJD005K M5 6:20-PO-05014-KLD | 11/09/2019 | WASHBURN, CHRISTINA M<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 03/05/2020<br>Comments: | O | 430.00 | 0.00 | 430.00 |
| FAJD005F M5 6:19-PO-05031-KLD | 05/25/2019 | WESTENDORF, HALEY R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/05/2019<br>Comments: | O | 130.00 | 0.00 | 130.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

Page: 3 of 4

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON KATHLEEN L DESOTO - 77BL

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FCDS0004 M5<br>6:20-PO-05016-KLD | 10/31/2019 | WHITAKER, JASON E<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 03/05/2020<br>Comments: | O | 230.00 | 10.00 | 220.00 |
| FBGB003Y M5<br>6:19-PO-05032-KLD | 07/02/2019 | WHITE, MARK E<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/05/2019<br>Comments: | O | 130.00 | 0.00 | 130.00 |

22 Total Citations for site KALS